# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5371
_____

CHRISTAN LAMAR STARKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

June 22, 2018

PER CURIAM.

Upon consideration of Appellee's Motion to Dismiss Appeal and Appellant's Response in Opposition, the Court has determined that the appeal must be dismissed because the order on appeal is not among those reviewable by a defendant in a criminal case. *Cf.* Fla. R. App. P. 9.140(b)(1). Appellee's motion is granted, and the appeal is hereby dismissed.

WOLF, LEWIS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Christan Lamar Starkes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Appellee.